■ JUAN CARLOS CASTRILLON et al., Respondents, v KHALID OULABED et al., Appellants. [867 NYS2d 923]

The defendants met their prima facie burden of showing that the plaintiff Juan Carlos Castrillon (hereinafter the injured plaintiff) did not sustain a serious injury within the meaning of Insurance Law § 5102 (d) as a result of the subject accident (*see Toure v Avis Rent A Car Sys.*, 98 NY2d 345 [2002]; *Gaddy v Eyler*, 79 NY2d 955, 956-957 [1992]). In opposition, the plaintiffs failed to raise a triable issue of fact. The plaintiffs' submissions either did not constitute competent medical evidence in admissible form (*see Grasso v Angerami*, 79 NY2d 813, 814-815 [1991]; *Pagano v Kingsbury*, 182 AD2d 268, 270 [1992]), or otherwise failed to establish that the injured plaintiff sustained a serious injury under any statutory definition of the term (*see Eldrainy*

*v Hassain,* 56 AD3d 419 [2008]; *Krauer v Hines,* 55 AD3d 881 [2008]; *Deutsch v Tenempaguay,* 48 AD3d 614, 615 [2008]). Accordingly, the Supreme Court properly granted the defendants' motion for summary judgment dismissing the complaint. Rivera, J.P., Dillon, Covello and McCarthy, JJ., concur.